IGNATIUS HAZEL, Plaintiff in Error, *v.* PETER WOODS, Defendant in Error.

1. Hazel v. Hagan, *ante*, p. 277, affirmed.

*Error to First District Court.*

WAGNER, Judge, delivered the opinion of the court.

The same question comes up for adjudication in this case that was raised in Hazel v. Hagan, *ante*, p. 277, and the facts are the same. The decision in that case must govern this.

Judgment affirmed. The other judges concur.